# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>)<br>) | Case No. 4:21CR3111 |
| v. | )<br>)<br>) | **ORDER** |
| DEANTRA LAMAR WATSON,<br>Defendant. | )<br>)<br>)<br>) | |

The United States Marshal Service is hereby directed to inform Saline County jail that the Defendant is to be transported with his property on Wednesday May 25, 2022 for his scheduled court hearing on the same day at 10:00 a.m.

IT IS ORDERED:

1. The United States Marshal Service shall inform the Saline County jail that the Defendant shall appear in his clothing currently located in his property at the Saline County jail.

2. The Defendant shall be transported with his property from the Saline County Jail on May 25, 2022 to the Robert V. Denney Federal Building in Lincoln, NE.

Dated this 24th of May, 2022

BY THE COURT:

_____
Joseph F. Bataillon
Senior United States District Judge